**ATLANTIC RICHFIELD COMPANY,**
**Plaintiff-Appellee,**

v.

**CRA, INC., Defendant-Appellant.**

**No. 75–4125.**

United States Court of Appeals,
Fifth Circuit.

May 27, 1977.

Michael D. Stewart, Houston, Tex., for defendant-appellant.

William B. Browder, Jr., Harrell Feldt, Midland, Tex., William J. Bonner, Dallas, Tex., for plaintiff-appellee.

Before GEWIN, RONEY and HILL, Circuit Judges.

PER CURIAM:

After reading the briefs, hearing oral argument, and carefully reviewing the record, we affirm on the basis of the carefully reasoned Memorandum Opinion of the district court. *Atlantic Richfield Company v. CRA, Inc.,* 430 F.Supp. 1299 (N.D.Tex. 1975).

AFFIRMED.